FILED
CLERK, U.S. DISTRICT COURT

NOV 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GUTIERREZ,<br><br>    Petitioner,<br><br>v.<br><br>A. HEDGEPETH, et al.,<br><br>    Respondents. | Case No. CV 08-1675 VBF(JC)<br><br>(~~PROPOSED~~)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that: (1) petitioner's Motion to Stay is denied; (2) petitioner's Request to Amend is granted; (3) claims three, four and five of the Petition are dismissed without prejudice; (4) respondents' Motion to Dismiss is denied as moot; and (5) respondents shall file an Answer addressing the merits of petitioner's remaining two claims within thirty (30) days of the entry of this Order.

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 | the United States Magistrate Judge's Report and Recommendation on petitioner
3 | and on respondents' counsel.
4 | IT IS SO ORDERED.

DATED: 10-23-08

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE